11-8-25

Richard W. Poth Jr.
Trustee/Owner
309 Belmont St.
A-3
Worcester MA 01604

U.S. District Court
Office of the Clerk
55 Pleasant St.
Concord NH 03301

RE: Richard W. Poth Jr. V. City of Framingham
Framingham Police Dept.
James McDermott

Dear Clerk,
  Please mark, file, docket open the enclosed Estate case's. Send me 2 civil cover sheets and 2 court fee's waiver forms. A Docket Report.

Thank you,
Richard W. Poth Jr.
Trustee

U. S. District Court
of
New Hampshire

Richard W. Poke Jr.
v.                                    Complaint
City of Framingham
Framingham Police Dept.
James McDermott

On 3-5-1995 Richard W. Poke Jr. and Peter Modular Homes of Derry N.H., design, order, set up, built a Colonial Modular Home on Lot # 4 260 Grove St. Framingham MA. After built and State inspected and approved the City of Framingham denied me the right to enjoy my home and lives there. The Framingham Police Dept. filed 14 criminal charges against me over the past 30 years. They obtained 4 warrants for my arrest and in court the State of Mass and the Police Dept. lost. My home has been broken into and sold 5 times. 8-10-2022 James McDermott bought the Modular home for $1,00,000. and broke into it. The City of Framingham put a tax lien on it. 5-1-1995 I filed Chapter 13 U.S. Bankruptcy Court the Estate was closed. The Court to order the City of Framingham MA to pay me $85,000.00. U.S. Bankruptcy Court violations.

Richard W. Poke Jr.

Bk: 39391 Pg: 224
Recorded: 05/31/2003
Document: 00000326 Page: 1 of 1

# STATE OF NEW HAMPSHIRE

## MANUFACTURED HOUSING WARRANTY DEED
## RSA SECTION 447:44

**KNOW ALL MEN BY THESE PRESENTS** that, PORTER MODULAR HOMES INCORPORATED, formerly of Middlesex County, The Commonwealth of Massachusetts it's, heirs, successor's, assignees ,trustees,
Grants to, Richard W. Porter Jr.,260 Grove Street, Middlesex County, Commonwealth of Massachusetts, his heirs, successor's, assignees, trustees,

With WARRANTY Covenants,,

For consideration of Mortgage Deed with warranty covenants to secure the payment of, the, Custom Colonial Manufactured Modular Home, Manufactured by MUNCY HOMES CORPORATION,PREMIER BUILDERS a division of Muncy Homes, P.O. 334, State Pennsylvania , Serial Number" Model Home", and Absolute Title of said improvements thereon, which a manufactured dwelling and improvements are situated, thereon, A certain parcel of land known as 260 Grove Street, Lot 4,Framingham, Middlesex County, the Commonwealth of Massachusetts ,by Warranty Deed, recorded at the Middlesex County Registry of Deeds ,Book 24977, Page 148 of said..

This title is subject to the laws in The State of New Hampshire.

STATE OF NEW HAMPSHIRE
MERRIMACK, COUNTY, SS.

March 5, 1995

_ _ Personally appeared before me, the undersigned, Richard W. Porter, President and further acknowledged that he/they, being duly authorized in it's capacity aforesaid executed the foregoing instrument for the purpose therein contained on behalf of Porter Modular Homes Inc.

*Richard W. Porter*
Richard W. Porter, President

*Barbara J. Philbrook*
Notary public
My Commission Expires 9/28/04

**ORIGINAL**

COMMONWEALTH OF MASSACHUSETTS.
MIDDLESEX S.S.
SOUTH DIST. REGISTRY OF DEEDS  MAY 1 2 2025
CAMBRIDGE, MA
I HEREBY CERTIFY THE FOREGOING
IS A TRUE COPY OF A PAPER
RECORDED IN BOOK ___39391___

PAGE ___224___

*[signature]*
REGISTER

# BILL OF SALE

Sellers:    Deerfield Road Realty Trust
Richard William Porter, Jr.
Trustee
309 Belmont Street
Worcester, MA 01604

Buyer:    Richard William Porter, Jr.
54 School Street
Woburn, MA 01801

For consideration of nominal dollars

(GR) Paid

That certain Epoch Colonial Modular Home, situated on lot #22, 355 Deerfield Rd, Clearview Drive, Allenstown, Merrimack County, New Hampshire, 03275, meaning and intending to convey the home and land a Epoch Modular Home model the "Adams" in the Merrimack County Registry of Deeds in book 3519, Page 383 of said, 6-20-2016.

Trustee

X _/s/ Richard William Porter, Jr._
Richard William Porter, Jr.
4-9-2025

U.S. District Court
of
New Hampshire

FILED - USDC - NH
2025 NOV 17 PM 3:59

R. William Porter Ent. Corp.
Richard W. Porter Jr.
President
The Mallard Lane
Realty Trust

Complaint

v.

Town of Londonderry
Town of Allenstown
Robert and Renee Roy

A Deed filed Rockingham County Registry of Deeds Book 3981 Page 2321 owners R. William Porter Ent. Corp., 6 Mallard Lane, Londonderry N.H.; U.S. Bankruptcy Court order of Closure, discharge filed the Registry of Deeds Book 4037 Page 1900; U.S. Bankruptcy Chapter 7, The Mallard Lane Realty Trust, Richard W. Porter Jr. Trustee 1999-2001 discharged. 6 Mallard Lane is currently owned by Trustee/builder Richard W. Porter, Jr. New Englander Investment Realty Trust book 4176 page 2008 the Registry of Deeds. Robert and Renee Roy served in hand Eviction Notice 9-17-2024 to vacate the home pay 9 years of Back rent have done neither. Complainant,

Richard W. Porter Jr.
Trustee

Case 1:25-cv-00526-LM-AJ    Document 1    Filed 11/17/25    Page 7 of 7

Michael Joseph
Trustee
309 Belmont St.
Worcester MA 01604

U.S. District Court
Office of the Clerk
55 Pleasant St.
Concord NH 03301

US POSTAGE PITNEY BOWES
ZIP 01604
02 4W
0000386911 NOV 10 2025
$001.03