UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard W. Porter

    v.                                       Case No. 25-cv-526-LM-AJ

Framingham, MA, Town of et al

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 6, 2026 .  "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

This action is dismissed due to improper venue.

_____
Landya B. McCafferty
United States District Judge

Date: April 6, 2026

Cc: Richard W. Porter, pro se